■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN WHITLOCK, Appellant. [619 NYS2d 1006] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Erie County Court, D'Amico, J.—Unauthorized Use Motor Vehicle, 2nd Degree.) Present—Pine, J. P., Lawton, Fallon, Davis and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLEN J. JANDREAU, Appellant. [619 NYS2d 1006] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Criminal Possession Forged Instrument, 2nd Degree.) Present—Balio, J. P., Lawton, Fallon, Wesley and Doerr, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAY PATRICK MARKLE, Appellant. [619 NYS2d 1006] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Attempted Criminal Possession Forged Instrument, 2nd Degree.) Present —Balio, J. P., Lawton, Fallon, Wesley and Doerr, JJ.